180 F.2d 582
 William B. SWIFT, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 12758.
 United States Court of Appeals Fifth Circuit.
 March 20, 1950.
 
 Appeal from the United States District Court for the Southern District of Texas; Allen B. Hannay, Judge.
 Spurgeon E. Bell, Houston, Tex., H. S. Beard, Waco, Tex., King C. Haynie, Houston, Tex., for appellant.
 William R. Eckhardt, III, Asst. U. S. Atty., Houston, Tex., Brian S. Odem, U. S. Atty., Houston, Tex., for appellee.
 Before HOLMES, McCORD, and BORAH, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed.